Opinion filed September 21, 2006 

















 
 
  
 
 







 
 
  
 
 




Opinion filed September 21, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00132-CV 

                                                    __________

 

                      MIDLAND WESTERN BUILDING, LLC, Appellant

 

                                                             V.

 

    FIRST
SERVICE AIR CONDITIONING CONTRACTORS, INC., Appellee

 



 

                                        On
Appeal from the County Court at Law

 

                                                         Midland
 County, Texas

 

                                                Trial
Court Cause No. CC-11,650

 



 

                                             M
E M O R A N D U M   O P I N I O N

Midland
 Western Building,
LLC has perfected an appeal from the trial court=s
judgment signed on April 13, 2006.  An
affidavit of inability to pay costs on appeal was not  filed. 
The clerk=s record,
the reporter=s record,
and the required filing fee have not been filed in this court; and the court
reporter has notified this court in writing that no arrangements have been made
for the payment of the reporter=s
record.








In a letter dated August 14, 2006, the clerk of
this court informed the parties that unless the 
appellate record was filed in this court on or before August 29, 2006,
this appeal could be subject to dismissal. 
As of this date, there has been no response to our August 14 letter.

The failure to file the appellate record appears
to be due to appellant=s
actions.  Tex. R. App. P. 37.3(b). 
Therefore, the appeal is dismissed for want of prosecution.

 

PER CURIAM

 

September 21, 2006

Panel consists of:  Wright,
C.J., and McCall, J.

Strange, J., not participating.